```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
YASMIN RICO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00276 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| YASMIN RICO, | Date:   October 10, 2014 |
| | Time:   2:00 P.m. |
| Defendant. | Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Yasmin Rico, that the preliminary hearing scheduled for October 10, 2014, may be vacated in light of the above-captioned indictment filed this morning.  The parties agree that filing of the indictment obviates the need for a preliminary hearing.

The parties further ask the Court to schedule Ms. Rico's arraignment for Thursday, October 16, at 2:00 p.m.  The parties

ask to schedule arraignment on October 16 due to unavailability of defense counsel on October 10.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   October 9, 2014          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for YASMIN RICO

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:   October 9, 2014          /s/ T. Zindel for S. Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

**O R D E R**

The preliminary hearing scheduled for October 10, 2014, is vacated.  Arraignment is scheduled for October 16, 2014, at 2:00 p.m.


Dated:   October 9, 2014

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE