HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
YASMIN RICO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0276 JAM |
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE FOR DEFENDANT YASMIN RICO; ORDER APPROVING WAIVER** |
| YASMIN RICO et al., | |
| Defendants. | |

    I, Yasmin Rico, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury, trial, and imposition of sentence.  I request that the court proceed during every absence the court may permit pursuant to this waiver.  I agree that my interests will be deemed

-1-

represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

Dated:  October 16, 2014    /S/ Y. Rico
                            YASMIN RICO
                            Defendant

I concur in Ms. Rico's decision to waive her appearance at future preliminary proceedings.

                            HEATHER E. WILLIAMS
                            Federal Defender

Dated:  October 16, 2014    /s/ T. Zindel_____   ___
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for YASMIN RICO

**O R D E R**

The above waiver of appearance is hereby approved.

IT IS SO ORDERED.

Dated:  October 16, 2014
                            /s/ John A. Mendez_____
                            HON. JOHN A. MENDEZ
                            United States District Court Judge