```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14 CR 276 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | FINDINGS AND ORDER |
| SILVA-SOTO, et al., | Date:   September 27, 2016 |
| | Time:   9:15 a.m. |
| Defendants. | Judge:  Honorable John A. Mendez |

   The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Gabriel Silva-Soto, Bradford Weston, III, Esq., counsel for defendant Yasmin Rico, Timothy Zindel, Esq., and counsel for defendant Jessica Juarez, John R. Manning, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on August 2, 2016.

   2.  By this stipulation, defendants now move to continue the status conference until September 27, 2016 at 9:15 a.m. and to exclude time between August 2, 2016 and September 27, 2016 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare).  Defendants Apolinar Bautista-Ruiz, Marcial Abraham-Montalvo, and Maurillo Vasquez-Heraz wish to remain on the calendar for a change of plea.

3. The parties agree and stipulate, and request the Court find the following:

    a. This case involves thirteen co-defendants. The United States has produced discovery containing approximately 14,000 pages of reports and pictures, 5 DVD's containing videos, and 1 CD containing multiple audio files. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Additionally, it is anticipated the government will be making preliminary offers to the individual defendants to resolve their respective matters. Counsel for the defendants need additional time to review the offer(s), review the relevant guideline sections and discuss the offer(s) with their clients.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

|   |   |   |
|---|---|---|
| 1 | e. | Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time period of August 2, 2016, to and including the new status conference date of September 27, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 28, 2016              /s/  Bradford Weston, III
                                  BRADFORD WESTON, III
                                  Attorney for Defendant
                                  Gabriel Silva-Soto

Dated: July 28, 2016              /s/  Timothy Zindel
                                  TIMOTHY ZINDEL
                                  Attorney for Defendant
                                  Yasmin Rico

Dated: July 28, 2016              /s/  John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Jessica Juarez

Dated: July 28, 2016              Phillip A. Talbert
                                  Acting United States Attorney

                                  /s/  Samuel Wong
                                  SAMUEL WONG
                                  Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 28th day of July, 2016.

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT