PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL SILVA-SOTO, ET AL.,<br><br>Defendants. | CASE NO. 2:14-CR-276 JAM<br><br>STIPULATION AND ORDER RE: DEFENDANT YASMIN RICO'S DEFERRED PROSECUTION, VACATING TRIAL DATE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Whereas, plaintiff United States of America and defendant Yasmin Rico have reached a deferred prosecution agreement, whereby, in the event that Rico successfully and completely satisfies and complies with her obligations under such agreement, the United States will request that the Court dismiss the charges in Counts One and Two of the Superseding Indictment against Rico,

It is hereby stipulated by and between the United States, on the one hand, and Rico, on the other hand, through their respective counsel, that:

1. The Court vacate the presently set January 30, 2017, trial date.

2. The Court order that Rico remain on pretrial supervision by the United States Pretrial Services Office until resolution of this case.

3. The Court approve of the use of a deferred prosecution agreement as a means to attempt to resolve this case, within the meaning of 18 U.S.C. § 3161(h)(2) and Local Code I.

4. The Court find and order that time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of the parties' stipulation, January 20, 2017, to and including the entire term

that Rico is placed on deferred prosecution status, including any extensions of the deferred prosecution term, shall be excluded from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(2) and Local Code I.

5. The Court find that the ends of justice in granting the requested continuance in the trial date outweigh the best interests of the public and Rico in a Speedy Trial.

DATED: _January 20, 2017

TIMOTHY ZINDEL
Attorney for defendant
Yasmin Rico

DATED: January 20, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*

By:

SAMUEL WONG
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of the parties and good cause appearing therefrom, the Court hereby approves of the use of a deferred prosecution agreement as a potential means to resolve the prosecution against defendant Yasmin Rico, within the meaning of 18 U.S.C. § 3161(h)(2) and Local Code I.  The Court orders that Rico remain on pretrial supervision by the United States Pretrial Services Office until resolution of this case.

It is ordered that time beginning from the parties' stipulation on January 20, 2017, to and including the entire term that Rico is placed on deferred prosecution status, including any extensions of the deferred prosecution term, shall be excluded from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(2) and Local Code I.   The Court finds that the ends of justice to be served by granting a continuance of the trial date outweigh the best interests of the public and Rico in a speedy trial.

It is hereby ordered that the January 30, 2017, trial date against Rico is vacated.

Dated: 1/20/2017                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge