| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-276 JAM |
| Plaintiff, | PLAINTIFF'S MOTION TO DISMISS SUPERSEDING INDICTMENT AGAINST DEFENDANT YASMIN RICO ONLY AFTER SUCCESSFUL COMPLETION OF DEFERRED PROSECUTION AGREEMENT, AND ORDER THEREON |
| v. | |
| GABRIEL SILVA-SOTO, ET AL., | |
| Defendants. | |

Plaintiff United States of America, by its counsel, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Samuel Wong, Assistant United States Attorney, hereby moves to dismiss without prejudice the Superseding Indictment in this case against defendant Yasmin Rico only on the grounds that: (1) the parties had previously entered into a deferred prosecution agreement calling for the dismissal without prejudice of the Superseding Indictment against Rico only upon Rico's successful completion of the deferred prosecution term; and (2) Rico has successfully completed that term as of July 31, 2017.

Counsel for Rico, Assistant Federal Defender Timothy Zindel, has informed the undersigned prosecutor that Rico requests the dismissal of the Superseding Indictment against Rico only.

DATED: _August 1, 2017  PHILLIP A. TALBERT
United States Attorney

By: */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

1

**ORDER**

The Court having received, read, and considered the motion of plaintiff United States of America to dismiss without prejudice the Superseding Indictment against defendant Yasmin Rico only, and good cause appearing therefrom, it is hereby ORDERED that the United States' motion is granted.

The Superseding Indictment against defendant Yasmin Rico only is hereby dismissed without prejudice.

It is so ORDERED.

Dated: August 2, 2017 /s/ John A. Mendez
United States District Court Judge